# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Kimberly Loree,             Case No.     11-14814

        Plaintiff,             Honorable Arthur J. Tarnow

v.

Client Financial Services of Michigan LLC et al.,

        Defendants.
_____/

## Order Dismissing Case

On March 28, 2012, the Court held a hearing on this matter. Plaintiff and Defendants stipulated to its dismissal.

For the reasons stated on the record,

IT IS HEREBY ORDERED that this case is DISMISSED WITH PREJUDICE.

SO ORDERED.

IT IS FURTHER ORDERED that this case is CLOSED.

                                             s/Arthur J. Tarnow
                                             Arthur J. Tarnow
Dated: March 28, 2012              Senior United States District Judge